UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2021 NORTH LE MANS, LLC, and
DONALD E. PHILLIPS,

    Plaintiffs,

v.                                                      CASE NO.: 8:10-cv-655-T-23TGW

FIFTH THIRD BANK,

    Defendant.
_____/

**ORDER**

On March 17, 2010, the defendant moved (Doc. 6) for "entry of order appointing receiver; order appointing receiver over rents and account receivables; or order enforcing assignment of rents and sequestering account receivables." On March 19, 2010, the defendant filed an amended motion (Doc. 8). A March 23, 2010, order (Doc. 10) referred the amended motion (Doc. 8) to Magistrate Judge Thomas G. Wilson for disposition. On May 10, 2010, the plaintiffs executed in favor of the defendant (Doc. 34-1) (1) a "deposit account pledge agreement," (2) a "deposit account control agreement," and (3) an "escrow account pledge agreement," which agreements obligate the plaintiffs to comply with an assignment of rents and a sequestering of revenues and accounts receivable. The parties request (Doc. 34) (1) that Magistrate Judge Wilson cancel a hearing on the amended motion and (2) that this court enter a "consent order," which directs the plaintiffs to comply with each agreement.

To preserve the disputed property pending litigation, the parties independently and commendably negotiated and formalized an agreement that provides (without the aid of a court order) for the assignment of rents and the sequestering of revenues and accounts receivable.  The parties' agreement appears neither contingent upon nor implemented through a court order.  The agreement results from no adjudication or other participation by the court.  Therefore, although asking for an order "approving" the agreement, the parties explain neither the requirement, nor the need, nor even the benefit of an order of "approval," whatever the term "approval" might mean in the circumstances.

Entry of a "consent order" appears neither necessary nor even proper. Accordingly, to the extent that the parties seek entry of a "consent order," the motion (Doc. 34) is **DENIED**.  The first motion (Doc. 6) for appointment of a receiver is **DENIED AS MOOT**, and the amended motion for appointment of a receiver (Doc. 8) is **DENIED WITHOUT PREJUDICE**.

ORDERED in Tampa, Florida, on May 12, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE